C




**Paul D. Petrus Jr.**

Attorney at Law & Associates, P.C.

The Empire State Building
350 Fifth Ave., Suite 4020
New York, NY 10118
212.564.2440

October 20, 2020

United States District Court
Southern District of New York
500 Pearl Street, Chambers 1350
New York, NY 10007
Attn: The Honorable Paul A. Crotty, U.S.D.J

*10/21/2020*

*Travel*
*The request is granted*

*So ordered*
*Paul Crotty*
*USDJ*

Re: Request to Travel, Daniel Jeminez, Case No. 18 Cr. 404 (PAC)

Dear Judge Crotty:

Greetings. My law office represents the defendant in the above-mentioned case. Mr. Jeminez seeks permission to travel from the New Jersey to the Florida (the address has been furnished to the Pre-Trial Officers and AUSA and, is of course, available to the Court upon request) with his established family. He intends to stay from October 29, 2020 to November 3, 2020. He is presently being supervised by Pretrial Officer Sandra Marin as a courtesy of New Jersey Pretrial Services. Ms. Marin has no objection to this request. My office has also contacted Southern District Pretrial Officer Rena Bolin and Assistant United States Attorney Adam Sloan Hobson, and they have no opposition to his travel request.

So, without objection we ask that the Court grant his request to travel and advise us forthwith.