

# Paul D. Petrus Jr.
Attorney at Law & Associates, P.C.

The Empire State Building
350 Fifth Ave., Suite 4020
New York, NY 10118
212.564.2440

2-2-2021
Sentencing is adjourned to
March 29, 2021 at 12 noon. SO
ORDERED.

*Paul A. Crotty*

January 21, 2021

United States District Court
Southern District of New York
500 Pearl Street, Chambers 1350
New York, NY 10007
Attn: The Honorable Paul A. Crotty, U.S.D.J

**Re: Adjournment Request, Daniel Jeminez, Case No. 18 Cr. 404 (PAC)**

Dear Judge Crotty:

Greetings. I write to request an adjournment for the above-mentioned case scheduled for Sentencing on February 8, 2021, before your Honor. I understand that the Southern District has suspended in-person proceedings due to COVID-19. Therefore, I wish to adjourn this matter until in-person proceedings are allowed, as Mr. Jeminez would like to be sentenced in-person, or in the alternative, March 29, 2021, April 6, 2021, or April 14, 2021. This is the first sentencing adjournment request on behalf of Mr. Garcia and the US Attorney's Office and the US Probation Office have not objected.

Thank you for your consideration. Please advise.

 

**Paul D. Petrus Jr.**
Attorney at Law & Associates, P.C.

                                  Yours,

                                  /s/ Paul D. Petrus Jr.

                                  Paul D. Petrus Jr. Esq.

cc:    AUSA Adam Sloan Hobson
        United States Attorney's Office, SDNY
        New York, NY 10007
        Via Email: Adam.Hobson@usdoj.gov

        USPO Paul Hay
        500 Pearl Street
        New York, Ny 10007
        Via Email: Paul_Hay@nysp.uscourt.gov