


**Attorney at Law & Associates, P.C.**

The Empire State Building
350 Fifth Ave., Suite 4020
New York, NY 10118
212.564.2440

March 16, 2021

3/23/21
The request to travel is
granted. So ordered.
Paul A. Crotty
USDJ

United States District Court
Southern District of New York
500 Pearl Street, Chambers 1350
New York, NY 10007
Attn: The Honorable Paul A. Crotty, U.S.D.J

**Re: Request to Travel, Daniel Jimenez, Case No. 18 Cr. 404 (PAC)**

Dear Judge Crotty:

Greetings. My law office represents the defendant in the above-mentioned case. Mr. Jimenez seeks permission to travel from New Jersey to Pennsylvania (the address has been furnished to the Pre-Trial Officers and AUSA and, is of course, available to the Court upon request) with his established family. He intends to stay from March 27, 2021 to March 28, 2021. He is presently being supervised by Pretrial Officer Sandra Marin as a courtesy of New Jersey Pretrial Services. Ms. Marin has no objection to this request. My office has also contacted Southern District Pretrial Officer Rena Bolin and Assistant United States Attorney Adam Sloan Hobson, and they have no opposition to his travel request.

So, without objection we ask that the Court grant his request to travel and advise us forthwith.